Douglas E. Dexter (State Bar No. 115868)
ddexter@fbm.com
Chandra S. Andrade (State Bar No. 271769)
candrade@fbm.com
Daniela Archila (State Bar No. 334393)
darchila@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
AMAZON.COM SERVICES LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company, dba AMAZON; and DOES 1 through 50, Inclusive,<br><br>    Defendants. | Case No. 2:22-cv-00874-JAM-AC<br><br>**STIPULATION TO REMAND REMOVED ACTION; ORDER THEREON**<br><br>The Hon. John A. Mendez<br><br>Hearing Date: September 13, 2022 |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION TO REMAND REMOVED ACTION; ORDER THEREON

41914\14893389.1

MAUREEN SMITH ("Plaintiff") and AMAZON.COM SERVICES LLC ("Amazon") hereby agree and stipulate as follows:

1. On April 18, 2022, Plaintiff commenced an action in the Superior Court of the State of California in and for the County of San Joaquin against Amazon.Com Services LLC, Case Number STK-CV-UWT-2022-0002760 (the "Action").

2. On May 20, 2022, Amazon filed an Answer to the complaint.

3. On May 23, 2022, Amazon filed and served a notice of removal of the Action pursuant to 28 U.S.C. §1441(b) with the United States District Court for the Eastern District of California. On May 23, 2022, Amazon filed and served a conformed copy of the notice of removal with the San Joaquin County Superior Court.

4. On June 22, 2022, Plaintiff filed a motion to remand the Action to state court (the "Motion").

5. On June 27, 2022, the parties met and conferred, and hereby stipulate, that the Action be remanded to San Joaquin County Superior Court. The basis for this stipulation is that Plaintiff has agreed and declares that she does not seek, and will not seek or accept, a total amount in damages, attorneys' fees, and costs combined in excess of $74,999.00, whether by way of settlement, judgment, order, verdict, or other resolution involving the transfer of any property, money, or other benefit to Plaintiff or her counsel by or against Amazon or any dismissed or Doe defendant in this action. This includes a commitment that Plaintiff and her counsel will not seek any amount of attorneys' fees attributable to Plaintiff's claims that would bring this total potential recovery or amount in controversy to $75,000.00 or more.

6. Plaintiff stipulates that, if the case is remanded, Amazon may and will file a copy of this binding stipulation in San Joaquin County Superior Court.

7. The parties further stipulate that each party shall bear its own attorneys' fees and costs with respect to the removal of the Action, the Motion, and subsequent remand of the Action pursuant to this stipulation and order.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION TO REMAND REMOVED ACTION; ORDER THEREON

2

41914\14893389.1

SO STIPULATED:

Dated: June 29, 2022            LAW OFFICES OF JEROME A. CLAY

                                By:  /s/ Jerome Anthony Clay, Jr.
                                     Jerome Anthony Clay, Jr.

                                Attorneys for Plaintiff MAUREEN SMITH


Dated: June 29, 2022            FARELLA BRAUN + MARTEL LLP

                                By:  /s/ Chandra S. Andrade
                                     Chandra S. Andrade

                                Attorneys for Defendant AMAZON.COM SERVICES LLC

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION TO REMAND REMOVED
ACTION; ORDER THEREON

3

41914\14893389.1

# ORDER

Having reviewed the above stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the above-captioned action be remanded to the Superior Court of the State of California, County of San Joaquin. Each party shall bear its own fees and costs attributable to removal, Plaintiff's remand motion, and the remand of this action.

The Court further orders that the court file in the above-captioned action be transferred by the clerk of this Court to the clerk of the aforesaid State Court, along with a certified copy of this Order of Remand. The State Court may thereupon proceed with the action.

**IT IS SO ORDERED.**

Dated: July 6, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION TO REMAND REMOVED ACTION; ORDER THEREON

4

41914\14893389.1